**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:      Earnest J. Matthews v. Sherell Randall

Appellate case number:   01-21-00019-CV

Trial court case number:  19-DCV-264316

Trial court:                   240th District Court of Fort Bend County

Appellant Earnest J. Matthews filed a pro se appeal from the trial court's order signed December 17, 2020 dismissing his suit for want of prosecution. The clerk's record filed in this Court includes an "Application to Proceed without Prepayment" that Appellant filed in the trial court on July 11, 2019. The clerk's record does not reflect that any motion to require Appellant to pay costs or any contest to Appellant's declaration was filed. *See* TEX. R. CIV. P. 145(f). In addition, on February 5, 2021, Appellant filed an "Application to Proceed in Forma Pauperis" in this Court.

After considering the documents filed in this proceeding, the Clerk of this Court is directed to make an entry in this Court's records that **Appellant is allowed to proceed on appeal without payment of costs.** *See* TEX. R. CIV. P. 145(a); TEX. R. APP. P. 20.1.

On September 13, 2021, Appellant filed his appellate brief. The brief does not comply with the relevant rules in that it does not:

- contain citations to the record, *see* TEX. R. APP. P. 38.1(d), (f)-(k);

- contain an appendix, *see* TEX. R. APP. P. 38.1(k); or

- contain the identity of parties and counsel, *see* TEX. R. APP. P. 38.1(a).

Accordingly, the brief is **stricken**. Appellant must file a corrected brief in compliance with Texas Rule of Appellate Procedure 38, including citations to the record, an appendix, and the identifies of parties and counsel. **The deadline for filing the corrected brief is November 15, 2021.**

It is so ORDERED.

Judge's signature: /s/ Veronica Rivas-Molloy
                          Acting individually

Date: October 14, 2021